**UNITED STATES of America,
Appellee,**

v.

**Larry D. WILLS, Appellant.**

**No. 07–3904.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 6, 2009.

Filed: Feb. 17, 2009.

Melanie S. Morgan, Morgan Pilate LLC, Olathe, KS, for appellant.

Philip M. Koppe, David M. Ketchmark, Asst. U.S. Attys., Kansas City, MO (John F. Wood, U.S. Atty., on the brief), for appellee.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Larry Wills pleaded guilty to eight charges involving fraud and money laundering. He now appeals his 48–month prison sentence, arguing that remand is required because the district court[1] did not specifically address the 18 U.S.C. § 3553(a) factors or explain the chosen sentence. Wills made no objection to this at sentencing. The record reveals that before imposing sentence, the district court heard statements from both counsel and adopted the parties' agreed-upon advisory Guidelines imprisonment range of 46–57 months. We are thus satisfied that the court had a reasoned basis for the selected sentence, see *Rita v. United States,* 551 U.S. 338, 127 S.Ct. 2456, 2468, 168 L.Ed.2d 203 (2007), and there is no indication that Wills would have received a lower sentence had the court more explicitly explained its decision, see *United States v. Pate,* 518 F.3d 972, 975 (8th Cir.2008). Accordingly, we affirm.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.